No. 6,112.—STATE EX REL. HARRY W. SANKEY, RESPONDENT, *v.* ARTHUR MARKLEY ET AL., CONSTITUTING THE BOARD OF COUNTY COMMISSIONERS OF GARFIELD COUNTY, APPELLANTS.

*Appeal from Garfield County; Hugh J. Miller, Judge Presiding.*

ACTION by Harry W. Sankey against defendants, as county commissioners of Garfield county, to compel defendants to enter into a contract with the "Jordan Times" for the county printing of said county for the years 1927 and 1928. A peremptory writ of mandate was issued on February 14, 1927; whereupon defendants applied to the supreme court for an order staying execution of the judgment. The order was granted on February 28, on condition that defendants serve and file transcript on appeal within twenty days of said last-mentioned date and their brief ten days later, respondent to file his brief within fifteen days thereafter.

Decided March 18, 1927.

PER CURIAM.—Pursuant to *praecipe* filed by counsel for defendants (appellants), the appeal in the above-entitled proceeding is dismissed and the order staying execution is vacated.

*Messrs. Loud & Leavitt* and *Mr. John J. Cavan,* for Appellants.